**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

Manpreet Singh,

Petitioner,

v.

Unknown Party, et al.,

Respondents.

No. CV-26-01057-PHX-RM (DMF)

**AMENDED ORDER**

Pending before the Court is Petitioner's Motion for Attorney's Fees (Doc. 18) and Respondents' Motion to Place Motion for Attorney's Fees in Abeyance (Doc. 20). Petitioner seeks an award of attorney's fees, expenses, and costs pursuant to the Equal Access to Justice Act ("EAJA"). (Doc. 18.) Respondents argue that this Court should hold the Motion for Attorney's Fees in abeyance pending the Supreme Court's decision in *Montoya Palacios v. Liggins*, No. 25-1223. (Doc. 20.)

The Court declines to hold Petitioner's Motion in abeyance but will grant Respondents' request to extend their response deadline by fourteen days from the date this Order is filed. (*See* Doc. 20 at 2.)

. . . .

. . . .

. . . .

. . . .

. . . .

**IT IS ORDERED** that Respondent's Motion to Place Motion for Attorney's Fees in Abeyance (Doc. 20) is **partially granted and partially denied**. The Motion is denied to the extent it asks that Petitioner's Motion for Attorney's Fees be held in abeyance, but granted to the extent it requests an extension of Respondents' deadline for responding to the Motion for Attorney's Fees.

**IT IS FURTHER ORDERED** that Respondents shall file a response to Petitioner's Motion for Attorney's Fees within **fourteen (14) days** of the date this Order is filed. Petitioner may file a reply within **seven (7) days** of service of Respondent's response.

Dated this 23rd day of November, 2026.

Honorable Rosemary Márquez
United States District Judge